**Order entered September 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00424-CR

**JOHNELLE RENEE HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13792-L**

## ORDER

On August 24, 2018, court reporter Sharina Fowler filed five volumes of reporter's record in this appeal. Missing from the reporter's record are State's Exhibit #1, a CD of the 911 call; State's Exhibit #13, a CD of the body cam of Officer Boatman; and State's Exhibit #14, a CD of the body cam of Officer Nelson.

We **ORDER** court reporter Sharina Fowler to file a supplemental reporter's record containing a true and correct playable copies of State's Exhibit #1, a CD of the 911 call; State's Exhibit #13, a CD of the body cam of Officer Boatman; and State's Exhibit #14, a CD of the body cam of Officer Nelson, within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas Jr., Presiding Judge, County

Criminal Court No. 10; Sharina Fowler, official court reporter for the County Criminal Court No. 10; and counsel for all parties.

/s/     LANA MYERS
            JUSTICE